IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Anna L. Nazareno, | ) | Case No. 17-13634 |
| | ) | Chapter 7 |
| | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

     The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 26th day of December, 2017, before the hour of 5:00 p.m.

                                                       /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Joseph Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193-1631

*Parties Served via U.S. Mail:*
Anna Nazareno
4016 Wagner Avenue
Schiller Park, IL 60176-2108

Bank of America
Nc4-105-03-14
P.O. Box 26012
Greensboro, NC 27420-6012

PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541-1021

Blatt, Hasenmiller, Leibsker, Moore
10 S. LaSalle Street Suite 2200
Chicago, IL 60603-1069

Capital One
Attn: Gen'l Correspondence/Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank NA
PO Box 71083
Charlotte, NC 28272-1083

Capital One, NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Citibank/Sears/The Home Depot
Citicorp Credit Srvs/Centralized Bankruptcy
PO Box 790040
St. Louis, MO 63179-0040

Global Credit Solutions
300 International Drive
Buffalo, NY 14221-5783

Kohls/Capital One
Kohls Credit
PO Box 3043
Milwaukee, WI 53201-3043

Midland Funding
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Nathaniel Nazareno
4016 Wagner Avenue
Schiller Park, IL 60176-2108

Philippine National Bank Financial
Pres. Diosdado Macapagal Blvd.
Philippines 1300

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Quantum3 Group LLC
  as agent for
JH Portfolio Debt Equities LLC
PO Box 788
Kirkland, WA 98083-0788

Synch/Toys R Us
PO Box 965064
Orlando, FL 32896-5064

Synch/Citgo
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank
c/o PRA Receivables Management,LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Old Navy
PO Box 965005
Orlando, FL 32896-5005

TD Bank, USA
by American InfoSource LP
  as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118-7901

Target
c/o Financial & retail Srvs
Mail stop BT POB 9475
Minneapolis, MN 55440-9475

Visa Dept Store
National/Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040-8053

Illinois Department of Revenue
  Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346