**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: NAZARENO, ANNA L. § Case No. 17-13634
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $261,545.00 *(without deducting any secured claims)* | Assets Exempt: $20,545.00 |
| Total Distributions to Claimants: $8,365.00 | Claims Discharged Without Payment: $37,249.57 |
| Total Expenses of Administration: $6,635.00 | |

    3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $264,547.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,635.00 | $6,635.00 | $6,635.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $43,726.00 | $38,906.57 | $38,906.57 | $8,365.00 |
| **TOTAL DISBURSEMENTS** | $308,273.00 | $45,541.57 | $45,541.57 | $15,000.00 |

4) This case was originally filed under chapter 7 on 04/30/2017. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   02/27/2018          By: /s/ Eugene Crane
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Condo in Phillipines Condominium or cooperative, | 1110-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | New American Funding | 4110-000 | $254,000.00 | NA | NA | NA |
| N/F | Philippine National Bank Financial | 4110-000 | $10,547.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$264,547.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eugene Crane | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $4,312.50 | $4,312.50 | $4,312.50 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $55.25 | $55.25 | $55.25 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $17.25 | $17.25 | $17.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$6,635.00** | **$6,635.00** | **$6,635.00** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | TD Bank, USA by American InfoSource LP as agent | 7100-000 | $1,114.00 | $1,114.37 | $1,114.37 | $239.59 |
| 2-1 | Quantum3 Group LLC as agent for JH Portfolio Debt Equities LLC | 7100-000 | $0.00 | $1,883.54 | $1,883.54 | $404.97 |
| 3-1 | Capital One Bank (USA), N.A. | 7100-000 | $4,028.00 | $4,028.68 | $4,028.68 | $866.18 |
| 4-1 | Capital One Bank (USA), N.A. | 7100-000 | $2,715.00 | $2,715.07 | $2,715.07 | $583.75 |
| 5-1 | Capital One, N.A. c/o Becket and Lee LLP | 7100-000 | $1,359.00 | $1,359.04 | $1,359.04 | $292.20 |
| 6 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $672.00 | $672.76 | $672.76 | $144.64 |
| 7 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (TJX) | 7100-000 | $4,650.00 | $4,650.43 | $4,650.43 | $999.85 |
| 8 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (GAP) | 7100-000 | $3,011.00 | $3,011.07 | $3,011.07 | $647.39 |
| 9 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $5,782.00 | $5,782.15 | $5,782.15 | $1,243.18 |
| 10 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $1,687.00 | $1,686.92 | $1,686.92 | $362.69 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Midland Funding, LLC Midland Credit Management, Inc. as agent for Midland Funding, LLC | 7100-000 | $2,627.00 | $2,627.33 | $2,627.33 | $564.88 |
| 12 | Department Stores National Bank | 7100-000 | $1,838.00 | $1,838.59 | $1,838.59 | $395.30 |
| 13 | Portfolio Recovery Associates, LLCSuccessor to SYNCHRONY BANK (OLD NAVY) | 7100-000 | $3,387.00 | $3,387.68 | $3,387.68 | $728.36 |
| 14 | Portfolio Recovery Associates, LLCSuccessor to SYNCHRONY BANK (TOYS R US) | 7100-000 | $1,149.00 | $1,149.14 | $1,149.14 | $247.07 |
| 15 | Synchrony Bankc/o PRA Receivables Management, LLC | 7100-000 | $945.00 | $945.43 | $945.43 | $203.27 |
| 16 | LVNV Funding, LLC its successors and assigns asassignee of Capital One, N.A. Resurgent Capital Services | 7100-000 | $870.00 | $870.21 | $870.21 | $187.09 |
| 17 | LVNV Funding, LLC its successors and assigns asassignee of Capital One Bank (USA), N.A. Resurgent Capital Services | 7100-000 | $1,184.00 | $1,184.16 | $1,184.16 | $254.59 |
| N/F | Bank Of America | 7100-000 | $1,157.00 | NA | NA | NA |
| N/F | Blatt, Hasenmiller, Leibsker, Moore | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Citibank/Sears | 7100-000 | $4,606.00 | NA | NA | NA |
| N/F | Global Credit Solutions | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Syncb/citgo | 7100-000 | $945.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$43,726.00** | **$38,906.57** | **$38,906.57** | **$8,365.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 17-13634 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | NAZARENO, ANNA L. | Date Filed (f) or Converted (c): | 04/30/2017 (f) |
| | | § 341(a) Meeting Date: | 06/13/2017 |
| For Period Ending: | 02/27/2018 | Claims Bar Date: | 11/24/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 4016 Wagner Avenue, Schiller Park, IL 60176-2108<br>Imported from original petition Doc# 1; Exemption: 4016 Wagner Avenue Schiller Park, IL 60176-2108 Cook County - Debtor is on title with her husband  -  Amount: 15000.00; Exemption: 4016 Wagner Avenue Schiller Park, IL 60176-2108 Cook County - Debtor is on title with her husband  -  Amount: 15000.00 Lien: Reference No. 2.1, Account No. 0018<br>New American Funding<br>14511 MylordRd, Suite, 100, Tustin, CA 92780  -  Amount: 254000.00 | 256,000.00 | 0.00 | | 0.00 | FA |
| 2 | Condo in Phillipines<br>Condominium or cooperative,<br>Imported from original petition Doc# 1; Lien: Reference No. 2.2, Account No. 2535<br>Philippine National Bank Financial<br>Pres. Diosdado, ilippines, Macapagal Boulevard, Ph 1300  -  Amount: 10547.00 | 16,433.50 | 5,886.50 | | 15,000.00 | FA |
| 3 | 4016 Wagner Avenue, Schiller Park, LAND only<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 1; Exemption: Cash  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous used household goods and furnishin<br>Imported from original petition Doc# 1; Exemption: Miscellaneous used household goods and furnishings - 3 Beds, 3 dressers, 2 couches, 1 dining room table, 2 end tables, 1 lamp, 1 small bar table, 1 computer desk, 1 exercise machine,  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 6 | 3 TVs, 2 computers, 1 gaming systems, 4 cell pho<br>Imported from original petition Doc# 1; Exemption: 3 TVs, 2 computers, 1 gaming systems, 4 cell phones  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Books, Pictures, and CD's<br>Imported from original petition Doc# 1; Exemption: Books, Pictures, and CD's  -  Amount: 120.00 | 120.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing Apparel<br>Imported from original petition Doc# 1; Exemption: Wearing Apparel  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous Costume Jewelry<br>Imported from original petition Doc# 1; Exemption: Miscellaneous Costume Jewelry  -  Amount: 225.00 | 225.00 | 0.00 | | 0.00 | FA |
| 10 | 2001 Volkswagen Jetta, 160,000 miles, Paid in Fu<br>Imported from original petition Doc# 1; Exemption: 2001 Volkswagen Jetta 160,000 miles Paid in Full - Full Coverage Auto Insurance  -  Amount: 2400.00 | 900.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$277,978.50** | **$7,386.50** | | **$15,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 17-13634  
**Case Name:** NAZARENO, ANNA L.  
**For Period Ending:** 02/27/2018

**Trustee Name:** (330350) Eugene Crane  
**Date Filed (f) or Converted (c):** 04/30/2017 (f)  
**§ 341(a) Meeting Date:** 06/13/2017  
**Claims Bar Date:** 11/24/2017

**Major Activities Affecting Case Closing:**

12/26: TFR filed with Court on 12/21; applications and NFR filed on 12/26; hearing set for 01/30/2018 at 10:30am J-Schmetterer (dk)
12/12: No tax liability so no return needed; filed TFR with USTO (dk)
10/31: Order entered; rec'd check will check tax liability issue (dk)
10/09: Filed MT to Sell Trustee's RTI; Hearing 10/31 (dk)
10/06: Debtor will offer $15,000 for Ttee's RTI to Philippine real estate. Will file Motion to Authorize Sale (dk)
10/06: Order entered employ CHSW&C as counsel (dk)
08/08: Filed initial report of assets. Trustee negotiating with Debtor's attorney for half interest (dk)
06/13: Debtor testified to owning property in the Phillipines: jointly owned condo worth $32,000 - owes $10,000. Belton Place
Pasong Tamo aka Don Chino Roces Ave.; Malugay & Yakal Streets, Makati City, Tower 1/unit 27-K.
21 sq meters

**Current Projected Date Of Final Report (TFR):** 12/21/2017 (Actual)   **Initial Projected Date Of Final Report (TFR):** 12/31/2018

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-13634 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | NAZARENO, ANNA L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7010 | Account #: | ******0900 Checking |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/17 | {2} | Nathaniel B Nazareno | Settlement of Trustee's RTI for Philippines property approved by Court Order entered on 10/31/2017. | 1110-000 | 15,000.00 | | 15,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.25 | 14,982.75 |
| 01/30/18 | 101 | Eugene Crane | Distribution payment - Dividend paid at 100.00% of $2,250.00;TRUSTEE FEE; Filed: | 2100-000 | | 2,250.00 | 12,732.75 |
| 01/30/18 | 102 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $4,312.50;ATTORNEY FOR THE TRUSTEE FEES; Filed: $4,312.50 | 3110-000 | | 4,312.50 | 8,420.25 |
| 01/30/18 | 103 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $55.25; ATTORNEY FOR TRUSTEE EXPENSES; Filed: $55.25 | 3120-000 | | 55.25 | 8,365.00 |
| 01/30/18 | 104 | TD Bank, USA by American InfoSource LP as agent | Distribution payment - Dividend paid at 21.50% of $1,114.37; Claim # 1-1; Filed: $1,114.37 Account ending 1090 | 7100-000 | | 239.59 | 8,125.41 |
| 01/30/18 | 105 | Quantum3 Group LLC as agent for | Distribution payment - Dividend paid at 21.50% of $1,883.54; Claim # 2-1; Filed: $1,883.54 Account ending 4801 | 7100-000 | | 404.97 | 7,720.44 |
| 01/30/18 | 106 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 21.50 of $4,028.68; Claim # 3-1; Filed: $4,028.68 Account ending 7200 | 7100-000 | | 866.18 | 6,854.26 |
| 01/30/18 | 107 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 21.50% of $2,715.07; Claim # 4-1; Filed: $2,715.07 Account ending 0553 | 7100-000 | | 583.75 | 6,270.51 |
| 01/30/18 | 108 | Capital One, N.A. c/o Becket and Lee LLP | Distribution payment - Dividend paid at 21.50% of $1,359.04; Claim # 5-1; Filed: $1,359.04 Account ending 2196 | 7100-000 | | 292.20 | 5,978.31 |
| 01/30/18 | 109 | PYOD, LLC as assignee of Citibank, N.A. | Distribution payment - Dividend paid at 21.50% of $672.76; Claim # 6; Filed: $672.76 Account ending 1488 | 7100-000 | | 144.64 | 5,833.67 |
| 01/30/18 | 110 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 21.50% of $4,650.43; Claim # 7; Filed: $4,650.43 Account ending 0613 | 7100-000 | | 999.85 | 4,833.82 |
| 01/30/18 | 111 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 21.50% of $3,011.07; Claim # 8; Filed: $3,011.07 Account ending 4134 | 7100-000 | | 647.39 | 4,186.43 |
| 01/30/18 | 112 | Midland Funding, LLC | Distribution payment - Dividend paid at 21.50% of $5,782.15; Claim # 9; Filed: $5,782.15 Account ending 5852 | 7100-000 | | 1,243.18 | 2,943.25 |

Page Subtotals:  $15,000.00   $12,056.75

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                       ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-13634 | Trustee Name: | Eugene Crane (330350) |
| --- | --- | --- | --- |
| Case Name: | NAZARENO, ANNA L. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7010 | Account #: | ******0900 Checking |
| For Period Ending: | 02/27/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/18 | 113 | Midland Funding, LLC | Distribution payment - Dividend paid at 21.50% of $1,686.92; Claim # 10; Filed: $1,686.92 Account ending 2613 | 7100-000 | | 362.69 | 2,580.56 |
| 01/30/18 | 114 | Midland Funding, LLC | Distribution payment - Dividend paid at 21.50% of $2,627.33; Claim # 11; Filed: $2,627.33 Account ending 0934 | 7100-000 | | 564.88 | 2,015.68 |
| 01/30/18 | 115 | Department Stores National Bank | Distribution payment - Dividend paid at 21.50% of $1,838.59; Claim # 12; Filed: $1,838.59 Account ending 7650 | 7100-000 | | 395.30 | 1,620.38 |
| 01/30/18 | 116 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 21.50% of $3,387.68; Claim # 13; Filed: $3,387.68 Account ending 7596 | 7100-000 | | 728.36 | 892.02 |
| 01/30/18 | 117 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 21.50% of $1,149.14; Claim # 14; Filed: $1,149.14 Account ending 8673 | 7100-000 | | 247.07 | 644.95 |
| 01/30/18 | 118 | Synchrony Bank | Distribution payment - Dividend paid at 21.50% of $945.43; Claim # 15; Filed: $945.43 Account ending 4746 | 7100-000 | | 203.27 | 441.68 |
| 01/30/18 | 119 | LVNV Funding, LLC as assignee of Capital One, N.A. | Distribution payment - Dividend paid at 21.50% of $870.21; Claim # 16; Filed: $870.21 Account ending 7492 | 7100-000 | | 187.09 | 254.59 |
| 01/30/18 | 120 | LVNV Funding, LLC as assignee of Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 21.50% of $1,184.16; Claim # 17; Filed: $1,184.16 Account ending 1037 | 7100-000 | | 254.59 | 0.00 |
| | | **COLUMN TOTALS** | | | 15,000.00 | 15,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 15,000.00 | 15,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $15,000.00 | $15,000.00 | |

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-13634 | | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | NAZARENO, ANNA L. | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7010 | | **Account #:** | ******0900 Checking |
| **For Period Ending:** | 02/27/2018 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0900 Checking | $15,000.00 | $15,000.00 | $0.00 |
| | **$15,000.00** | **$15,000.00** | **$0.00** |